UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    -against-

Latanya Pierce

------------------------------------x

ORDER

12 CR 340 (SAS)
Docket #

Scheindlin, DISTRICT JUDGE:
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, Richard Albert is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC for Nov 13, 2012 only

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
Nov. 13, 2012